1

2

3
                                                                        JS-6
4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10                              **WESTERN DIVISION**

11

12   TRACEY HARRIOTT, an              Case No. CV 23-7341 MWF (MRWx)
     individual,
13                                    **ORDER GRANTING STIPULATION**
                        Plaintiff,    **TO VOLUNTARILY DISMISS**
14                                    **ACTION PURSUANT TO F.R.C.P.**
     vs.                              **41(A)(1)(A)(II)**
15

16   MICROSOFT CORPORATION, a
     Washington corporation; RICK
17   JOYER, an individual; and DOES 1
     through 50, inclusive,
18
                        Defendants.
19

20

21          The stipulation to dismiss this action in its entirety with prejudice and

22   with each party to bear her or its own attorneys' fees and costs pursuant to Rule

23   41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby GRANTED.

24          **IT IS SO ORDERED.**

25

26   Dated:  December 11, 2023        _____

27                                    MICHAEL W. FITZGERALD
                                      United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28